IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**KERRY M. HICKS**                                                                                             **PLAINTIFF**

V.                         **CASE NO. 2:24-CV-2140**

**JESSIE CURRY; JOHN DOE I;
JOHN DOE II; CITY OF MENA, ARKANSAS;
and SETH SMITH**                                              **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 9) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen days have passed, and no party filed objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening, **IT IS ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 3rd day of January, 2025.

                                                  */s/ Timothy L. Brooks*
                                                  TIMOTHY L. BROOKS
                                                  UNITED STATES DISTRICT JUDGE