IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**KERRY M. HICKS**                                                                                                    **PLAINTIFF**

V.                              **CASE NO. 2:24-CV-2140**

**JESSIE CURRY; JOHN DOE I;
JOHN DOE II; CITY OF MENA, ARKANSAS;
and SETH SMITH**                                                   **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 9) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. On January 6, 2025, Plaintiff Kerry M. Hicks filed an Objection (Doc. 11) to the Report and Recommendation's "subjective presentation of the facts of the case." Plaintiff believes the Report and Recommendation unfairly and inaccurately characterizes the facts in the Complaint and that he has stated plausible claims.

The Court reviewed the twelve-page Complaint *de novo* in accordance with 28 U.S.C. § 636(b) and finds that the Report and Recommendation accurately summarizes Plaintiff's claims. The Objection is therefore **OVERRULED**. The Court agrees with the Magistrate Judge's legal analysis and **ADOPTS** the Report and Recommendation **IN ITS ENTIRETY**. Accordingly, upon preservice screening, **IT IS ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the Report and Recommendation.

**IT IS SO ORDERED** on this 6th day of January, 2025.

                                                                */s/ Timothy L. Brooks*
                                                                TIMOTHY L. BROOKS
                                                                UNITED STATES DISTRICT JUDGE